

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00131-CV

**IN THE INTEREST OF C.G.** Jr., a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02761
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against Father as he is indigent.

SIGNED June 25, 2014.

_____
Marialyn Barnard, Justice